No. 93–726. GHOBASHY v. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT. Ct. App. N. Y. Certiorari denied.

No. 93–727. CALIFORNIA v. ABOGADO LUCERO ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–729. GALLAGHER ET AL. v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 93–731. HALL v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 93–732. WHETSTONE v. WHETSTONE ET AL. Ct. App. S. C. Certiorari denied.

No. 93–734. MILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–739. MOULTON v. CORY. C. A. 9th Cir. Certiorari denied.

No. 93–740. SHU YAN ENG, AKA AH SHU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–741. KOSTRUBALA v. ESTATE OF CONNERS, BY HER ADMINISTRATOR, MEREDITH, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–742. STEGE ET AL. v. GIRARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–747. MOHS v. CENTURY 21 REAL ESTATE CORP. C. A. 7th Cir. Certiorari denied.

No. 93–751. MURRAY v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 93–752. MITCHELL v. ALBUQUERQUE BOARD OF EDUCATION, DBA ALBUQUERQUE PUBLIC SCHOOLS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–755. KUHL ET AL. v. LINCOLN NATIONAL HEALTH PLAN OF KANSAS CITY, INC. C. A. 8th Cir. Certiorari denied.